

ORDERED in the Southern District of Florida on March 15, 2016.

Raymond B. Ray, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No.  15-31337-RBR
                                                                    Chapter 13

KEITH W. ATCHISON

_____Debtor_____/

### ORDER ON DEBTOR'S MOTION TO REINSTATE OR ALTERNATIVELY MOTION TO SHORTEN PREJUDICE PERIOD

This matter came to be heard on FEBRUARY 11, 2016 on the Debtor's Motion to Reinstate Case, or Alternatively, to Shorten Prejudice Period [10]. For the reasons stated on the record, it is hereby

**ORDERED AND ADJUDGED** as follows:

1) This Motion is granted in part, and denied in part. The *Motion to Reinstate* is DENIED.

2) The *Motion to Shorten Prejudice Period* is GRANTED. Debtor may refile a new Petition, without being subject to dismissal for violation of any previous prejudice period.

3) The deadline to cure shall not be extended beyond December 2020.

###

**Copies to:**
All parties of record by the Clerk of Court